DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
SAAHDI COLEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN, | No. CIV S-07-00136 FCD GGH |
| Petitioner, | |
| v. | ORDER |
| DERRAL G. ADAMS, | |
| Respondents. | |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that CATHERINE CAMPBELL shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: 3/7/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

cole136.sub