IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAAHDI COLEMAN,

        Plaintiff,                         No. CIV S-07-0136 FCD GGH P

    vs.

DERRAL G. ADAMS, Warden, et al.,

        Defendants.                 <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 19, 2007, the parties filed a joint status report. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Within ninety days of the date of this order petitioner shall file an amended petition; any request to stay proceedings pending further exhaustion shall be filed at that time; if petitioner does not request a stay, respondent's response to the petition is due forty-five days thereafter; petitioner may file a reply within thirty days thereafter; if petitioner requests a stay, respondent shall file an opposition or statement of non-opposition within thirty days of the motion to stay;

/////

/////

1

2. Any request for discovery or evidentiary hearing shall be filed within ninety days of the date of this order, unless petitioner requests that this action be stayed pending further exhaustion.

DATED: 4/6/07

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

cole136.ord