IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAAHDI COLEMAN,

    Petitioner,               No. CIV S-07-0136 FCD GGH P

    vs.

DERRAL G. ADAMS,

    Respondent.            ORDER

_____/

    On September 5, 2007, petitioner filed a second motion for extension of time to file an amended petition or application to stay proceedings. Good cause appearing, IT IS HEREBY ORDERED that petitioner's September 5, 2007, motion for extension of time is granted; on or before October 5, 2007, petitioner shall file an amended petition containing exhausted claims only or an amended petition containing exhausted and unexhausted claims and a request to stay proceedings pending further exhaustion.

DATED: 9/11/07                        /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

cole136.eot(2)