UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>    Petitioner,<br><br>  v.<br><br>DERRAL G. ADAMS,<br><br>    Respondent. | CIV S-07-00136 FCD GGH<br><br>**ORDER** |

    IT IS HEREBY ORDERED that petitioner has until November 4, 2007 to file with the court an amended petition which will proceed on exhausted claims only; or an amended petition which identifies both exhausted and unexhausted claims; demonstrates good cause for having failed to exhaust state court remedies as to any claims, and any intention to pursue unexhausted claims, after which the court may recommend that the proceedings be held in abeyance while petitioner exhausts any new claims in state court.

Dated: 10/11/07          /s/ Gregory G. Hollows

                                         UNITED STATES MAGISTRATE JUDGE

cole136.eot(3)

Proposed order granting Petitioner's Second Request for an Extension of Time; *Coleman v. Adams,* Civ. S 07-136 FCD GGH