# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

SAAHDI COLEMAN,

        Petitioner,

    v.

DERRAL G. ADAMS,

        Respondent.

CIV S-07-00136 FCD GGH

**ORDER**

IT IS HEREBY ORDERED that petitioner has until December 5, 2007 to file with the court an amended petition which will proceed on exhausted claims only; or an amended petition which identifies both exhausted and unexhausted claims; demonstrates good cause for having failed to exhaust state court remedies as to any claims, and any intention to pursue unexhausted claims.

Dated: 11/14/07          /s/ Gregory G. Hollows

                                     UNITED STATES MAGISTRATE JUDGE

cole136.eot(4)