IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAAHDI COLEMAN,

     Petitioner,          No. CIV S-07-0136 FCD GGH P

  vs.

DERRAL G. ADAMS,

     Respondents.        ORDER

_____/

        On March 5, 2008, respondent filed a motion to dismiss. Petitioner did not file an opposition. However, the motion to dismiss contains no proof of service on petitioner's counsel.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, respondent shall serve petitioner's counsel with the motion to dismiss and file proof of service.

DATED: 04/24/08

                                   /s/ Gregory G. Hollows
                                   _____
                                   UNITED STATES MAGISTRATE JUDGE

cole136.ord

1