IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAAHDI COLEMAN,

    Petitioner,                    No. CIV S-07-0136 FCD GGH P

    vs.

DERRAL G. ADAMS,

    Respondents.               <u>ORDER</u>

_____/

    Good cause appearing, IT IS HEREBY ORDERED that petitioner's May 29, 2008, motion for extension of time is granted; petitioner's opposition to the motion to dismiss is due on or before June 30, 2008.

DATED: 06/10/08

                                           /s/ Gregory G. Hollows
                                         _____
                                         UNITED STATES MAGISTRATE JUDGE

cole136.eot