IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAAHDI COLEMAN,** | CIV S-07-00136 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **DERRAL G. ADAMS,** | |
| Respondents. | |

Respondent has requested a thirty (30) day extension of time in which to file Respondent's reply to Petitioner's opposition to motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including August 1, 2008, in which to file a response to Petitioner's opposition to motion to dismiss.

Dated: 07/14/08

/s/ Gregory G. Hollows
United States Magistrate Judge

cole136.rep