1

2                    **UNITED STATES DISTRICT COURT**

3              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

4

5

6
SAAHDI COLEMAN,                          Case No. CIV S-07-0136 GEB GGH P

7                          Petitioner,
                                          **ORDER GRANTING**
8                                         **PETITIONER'S REQUEST FOR**
                         v.               **AN EXTENSION OF TIME TO FILE**
9                                         **OPPOSITION TO MAGISTRATE'S**
                                          **FINDINGS AND RECOMMENDATIONS**
10   KEN CLARK, Warden, et al.,

11
                         Defendants.
12   _____/

13

14          Petitioner's request for an extension of time to file opposition to magistrate's

     findings and recommendations is hereby granted.
15

16

17   Dated: January 7, 2009

                                          /s/ Gregory G. Hollows
18                                         _____
                                          Magistrate Judge Hollows
19   cole2449.eot

20

21

22

23

24

25

26

27   Order Granting Petitioner's Unopposed Request for Extension of Time; *Coleman v. Clark*,
     USDC, Eastern District, No. CIV S-05-2449 GEB GGH P
28                                                                                    1