IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAAHDI COLEMAN,

      Petitioner,                 No. CIV S-07-0136 FCD GGH P

     vs.

DERRAL G. ADAMS, et al.,

      Respondents.         <u>ORDER</u>

_____/

         Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 18, 2009, judgment was entered. On February 20, 2009, petitioner, through counsel, filed a notice of appeal and a request for a certificate of appealability. On February 26, 2009, the certificate of appealability was issued and the appeal was processed.

         On March 30, 2009, and April 2, 2009, petitioner himself filed requests to supplement the certificate of appealability and to add other claims. Because petitioner is represented by counsel, he may only communicate with the court through counsel.

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The requests to supplement the certificate of appealability filed by petitioner himself are disregarded;

2. The Clerk of the Court is directed to serve this order on petitioner, Saahdi Coleman, # T-99368, P.O. Box 950, Represa, CA, 95671.

DATED: April 28, 2009

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

cole136.ord