UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN, | No. 2:07-cv-0136 JAM GGH P |
| Petitioner, | |
| v. | ORDER |
| DERRAL G. ADAMS, Warden, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 10, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 10, 2013, are adopted in full;

2. Petitioner's motion for relief from judgment under Rule 60(b), filed April 17, 2013,

1  (doc. no. 53), is denied.

2      3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. §
3  2253.

4
5  DATED:   September 4, 2013

6                                                       /s/ John A. Mendez_____
                                                UNITED STATES DISTRICT COURT JUDGE