1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SAAHDI COLEMAN,                          No.  2:07-cv-0136 JAM GGH P

12              Petitioner,

13        v.                                  FINDINGS & RECOMMENDATIONS

14   DERRAL G. ADAMS, Warden, et al.,

15              Respondents.

16

17        Petitioner, a state prisoner proceeding pro se with an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254, has now filed a second motion for relief from judgment

19   pursuant to Federal Rule of Civil Procedure 60(b)(3).  The matter was referred to a United States

20   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On February 18, 2009, respondent's motion to dismiss the petition as untimely was

22   granted and judgment was entered.  After petitioner's appeal was denied, he filed his initial

23   motion for relief under Rule 60(b)(3).  On June 10, 2013, the undersigned recommended that

24   petitioner's motion be denied as untimely.  The findings and recommendations held that a Rule

25   60(b)(3) motion must be filed within a year after entry of judgment, and petitioner's motion was

26   filed more than four years after entry of judgment.  The court added, "[f]urthermore, even if this

27   court had the authority to correct a state court criminal judgment under Rule 60," this rule could

28   not be used to avoid the prohibition against successive petitions.  This added portion of the order

                                              1

1   was clearly dicta or an alternative holding, and was not the basis of the recommendation, which

2   was based on untimeliness.

3       Accordingly, based on previous orders in this case, IT IS HEREBY RECOMMENDED

4   that: Petitioner's January 10, 2014 motion for relief under Rule 60(b), (ECF No. 60), be denied.

5       These findings and recommendations are submitted to the United States District Judge

6   assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within fourteen

7   (14) days after being served with these findings and recommendations, any party may file written

8   objections with the court and serve a copy on all parties.  Such a document should be captioned

9   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

10   shall be served and filed within seven (7) days after service of the objections.  The parties are

11   advised that failure to file objections within the specified time may waive the right to appeal the

12   District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

13   Dated: January 24, 2014

14                           <u>/s/ Gregory G. Hollows</u>

15                     UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28