UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN, | No. 2:07-cv-0136 JAM GGH P |
| Petitioner, | |
| v. | ORDER |
| DERRAL G. ADAMS, Warden, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 24, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  The findings and recommendations filed January 24, 2014, are adopted in full; and

3   2.  Petitioner's January 10, 2014 motion for relief under Rule 60(b), (ECF No. 60), is denied.

4   DATED: June 10, 2014

5                                   /s/ John A. Mendez_____

6                                   UNITED STATES DISTRICT COURT JUDGE