UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN, | No. 2:07-cv-0136 JAM GGH P |
| Petitioner, | |
| v. | ORDER |
| DERRAL G. ADAMS, Warden, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of the district court's June 11, 2014 denial of his motion for relief under Rule 60(b). On August 5, 2014, the Ninth Circuit Court of Appeals remanded the matter to this court for a determination of whether a certificate of appealability should be granted or denied. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

/////

1

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

For the reasons set forth in the findings and recommendations issued January 24, 2014, that this motion for relief from judgment under Rule 60(b)(3) was the second one filed by petitioner, the first one having been filed more than four years after entry of judgment and denied as untimely, a substantial showing of the denial of a constitutional right has not been made in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. A certificate of appealability should not issue in the present action.

2. The Clerk of the Court shall serve this order on the Ninth Circuit Court of Appeals.

DATED: September 2, 2014

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.